## MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
212-571-2670 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 7, 2020

**VIA ECF & FIRST CLASS MAIL**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *U.S. v. Duane Taylor*
      16 Cr. 529 (NSR) - 10

Dear Judge Roman:

I represent Duane Taylor, the defendant in the above-referenced matter. The purpose of this letter is to respectfully request an adjournment of the conference currently scheduled for January 9, 2020. Counsel is sick with bronchitis and will be unable to attend. I have spoken to Chambers and the Government and the parties are available on January 23, 2020 at 12 p.m. The Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to January 23, 2020. The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   AUSA Chris Clore
      USPO Erica Cudina
      (*via email*)

The Initial VOSR Conf. scheduled for Jan. 9, 2020 is adjourned until Jan. 17, 2020 at 12:00 pm. Clerk of the Court requested to terminate the motion (doc. 217).

Dated: Jan. 7, 2020
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE