**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
212-571-2670 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 20, 2020

**VIA ECF & FIRST CLASS MAIL**
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *U.S. v. Duane Taylor*
16 Cr. 529 (NSR) -10

Dear Judge Roman:

I represent Duane Taylor, the defendant in the above-referenced matter. The purpose of this letter is to respectfully request a 60-day adjournment of the conference currently scheduled for March 25, 2020, as a result of the current health crisis. The Government and Probation consent to this request. Accordingly, it is respectfully requested that the Court adjourn the conference to the week of May 25, 2020, or a date that is convenient to the Court. The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   AUSA Chris Clore
USPO Erica Cudina
(*via email*)

The Interim VOSR conf. is adjourned from March 25, 2020 until May 28, 2020 at 10:00am. Clerk of the Court requested to terminate the motion (doc. 221). Dated: March 20, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020